

# THE THIRTEENTH COURT OF APPEALS

13-15-00014-CR

Felix Villarreal
v.
The State of Texas

On appeal from the
156th District Court of Bee County, Texas
Trial Cause Nos. B-14-2057-0-CR-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be AFFIRMED IN PART, REVERSED IN PART, and RENDERED IN PART, and the case should be REMANDED to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART, REVERSED IN PART, and RENDERED IN PART, and the case is REMANDED for further proceedings consistent with its opinion.

We further order this decision certified below for observance.

December 8, 2016